ANN POLLOCK, Respondent, v. GEORGE POLLOCK, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

ANN POLLOCK, Respondent, v. GEORGE POLLOCK, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

In the Matter of LOUISE LEDERER, an Incompetent Person. LOUISE LEDERER, Appellant; CHASE NATIONAL BANK, Committee of the Property of LOUISE LEDERER, Respondent.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

In the Matter of the Application of MARIE REILLY for a Writ of Habeas Corpus to Recover the Custody of GENE MARIE REILLY, an Infant 22 Months of Age, Petitioner, Appellant. HARRY E. REILLY, Respondent.— Order unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

LOUIS ROUS and Others, Appellants, v. FLOYD L. CARLISLE and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

NEW ENGLAND CALENDAR Co., INC., Appellant, v. THE BIGELOW PRESS, INC., a Corporation Organized under the Laws of the State of Indiana, and BIGELOW PRESS, INC., a Corporation Organized under the Laws of the State of Minnesota, Respondents.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

MAZZINI S. LAPOLLA, Appellant, v. BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ. [172 Misc. 364.]

JAMES TALCOTT, INC., Respondent, v. BARTH BINDING Co., INC., Appellant.— Order unanimously modified by providing that the examination is to be conducted with respect to the production of books and records in accordance with section 296 of the Civil Practice Act and under the rule of Zeltner v. Fidelity & Deposit Company of Maryland (220 App. Div. 21) and as so modified affirmed, with twenty dollars costs and disbursements to the respondent. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

MARION FORRESTER, Appellant, v. SINCLAIR FORRESTER, Respondent.— Order denying plaintiff's motion to punish defendant for contempt for failure to pay alimony pendente lite and counsel fee, and reducing the alimony, unanimously reversed, and the question of the financial ability of defendant to comply with the directions contained in the order of the court entered March 28, 1939, which fixed the alimony, is referred to an official referee to take testimony and to report back to the Special Term, Part I, as to the financial condition of defendant and his ability to comply with the terms of the court's order. Upon the coming in of the report of the official referee the Special Term then is to determine (1) the application to punish the defendant for contempt and (2) whether the terms of the order of March 28, 1939, should be modified. (Civ. Prac. Act, § 1172-a, subd. 3.)